UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JENNY HWANG, individually and on behalf of all
others similarly situated,

                              Plaintiffs,

    -against-

SUGAR COOKIES, INC.

                              Defendant.
-----------------------------------------------------------------X

Case No. 23-cv-3232

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: October 23rd, 2023

New York, New York

Mars Khaimov Law, PLLC

By: _____

Mars Khaimov, Esq.
100 Duffy Avenue, Suite 510
Hicksville, New York 11801
Tel.: 929.324.0717 (direct)
mars@khaimovlaw.com
*Attorneys for Plaintiff*

Fox Rothschild LLP

By: /s/ Alexander Bogdan

Alexander Bogdan, Esq.
101 Park Avenue, 17th Floor
New York, NY 10178
(212) 878-7941
ABogdan@foxrothschild.com
*Attorneys for Defendant*

SO ORDERED:   s/Nicholas G. Garaufis
U.S.D.J   10/26/23

4895-5040-3388.1